CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHGATE GONZALEZ, LLC, a California Limited Liability Company<br><br>    Defendant. | **Case:** 2:21-cv-01703-FLA-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Jose Estrada, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Northgate Gonzalez, LLC, a California Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 22, 2021        CENTER FOR DISABILITY ACCESS

                                        By: <u>/s/ Amanda Seabock</u>
                                             Amanda Seabock
                                           Attorneys for Plaintiff